**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 24-cv-2687

DANIEL K. MILLER L/CPL USMC (RET), *PRO SE*
ELIZABETH D. WILHOUR, *PRO SE,*
SEAN M. WILHOUR, *PRO SE*,
JASON HAUBENREISER, *PRO SE*
ET AL.
Plaintiffs,

v.

ASSET LIVING, LLC
ABACUS CAPITAL GROUP
SHANNA MARTINEZ
Defendants.

---

**NOTICE OF REMOVAL BY DEFENDANTS ASSET LIVING, LLC AND SHANA MARTINEZ**

---

Defendants Asset Living, LLC, and Shana Martinez through their counsel, Hall & Evans, LLC, pursuant to 28 U.S.C.§1331 and §1446 provide this Notice of Removal regarding civil action 2024 CV 671 filed in the District Court, City and County of Denver, State of Colorado, and state as follows:

STATE ACTION TO BE REMOVED

1. The state court action subject to removal is 2024 CV 671, and its complaint is captioned Daniel K. Miller, L/CPL USMC (Ret.), *pro se*, Elizabeth D. Wilhour, *pro se*, Sean M. Wilhour, *pro se*, and Jason Haubenreiser, *pro se, et al.* v. Asset Living, LLC, Abacus Capital Group, and Shanna Martinez (hereafter "Complaint"). According to the Complaint's date stamp, the matter was filed in state court on August 30, 2024.

INTRODUCTION

2. As an overview, case 2024 CV 671 involves claims brought by four tenants at the Avantus apartment complex located at 8008 Montview Blvd., Denver, CO. The four *pro se* plaintiffs assert claims related to their residency at the Avantus. Plaintiffs allege that Asset Living managed the Avantus. Complaint, p. 1, I. Introduction. Abacus Capital Group ("Abacus") is the alleged owner of the Avantus. Complaint p. 3, ⁋5 (Plaintiffs' complaint

unfortunately is not paginated.) Ms. Martinez was an on-site manager for the property manager.

JURISDICITON: FEDERAL LAW CLAIMS

3. Plaintiffs assert federal law claims under the Fair Housing Amendments Act ("FHAA") and under the American's with Disability Act ("ADA"). *See* Complaint p. 4 ⁋ 3; p. 5 ⁋⁋ 1 and 2; p. 8, ⁋5; and p. 9 ⁋⁋ 5 & 6. Plaintiffs Miller and Haubenreiser reference disability at Complaint p. 6, ⁋ 3 and p. 8, ⁋1.

4. The federal law cited by plaintiffs in the Complaint is 28 U.S.C. § 12182(b)(2)(A)(ii) and 28 U.S.C. 3604(f)(3)(B), and plaintiffs cite the ADA and FHAA acts. Complaint pp. 5 ⁋⁋ 1 and 2, and p. 9 ⁋⁋ 5 and 6.

5. Pursuant to a management agreement, it is understood that that AMFP V Central Park LLC ("AMFP V") is the owner of the Avantus property, and it is unclear what relationship, if any, Abacus Capital Group has to the property.

POSITION OF OTHER DEFENDANTS

6. On September 23, 204, I spoke with a representative of AMFP V who was unaware of this suit, who did not know if AMFP V was served, and who was unable to identify counsel who might represent AMFP V or Abacus. There is apparently a relationship between AMFP V and Abacus. Notably, the AMFP V's representative's email address includes the domain name "abacuscaptialgroup.com." The representative with whom I spoke was not in a position to address defendant Abacus Capital Group's position on removal. I asked that a representative or an attorney who could address removal contact me, but I have not been contacted.

7. Further, on September 23, 2024, I emailed Abacus Capital Group in Denver with the same request.

8. Before filing this notice, defendant has made reasonable efforts to determine the position of defendant Abacus. *See* 28 U.S.C. § 1446(2)(A).

9. The state court docket shows no return of service for any defendant.

STATE COURT PLEADINGS

10. Filed contemporaneously with this notice is the docket sheet for 2024 CV 671, together with all pleadings, orders, and any other court filings in the matter.

11. Specifically, provided contemporaneously with this notice are the following:
    a. Docket sheet/Register of Action for 2024 CV 671
    b. Complaint 2024 CV 671
    c. Delay Reduction Order

d. Pre-Trial Order
e. Order Concerning payment of fees
f. Summons (Martinez)
g. Summons (Asset Living)
h. Summons (Abacus)
i. Civil Cover Sheet

12. Defendants are unaware of any scheduled hearings or matter to be presented before the trial court in 2024 CV 671. *See* D.C.Colo.LCivR 81.1(c).

WHEREFORE, Defendants Asset Living respectfully asserts its right to remove 2024 CV 671 to the United States District Court for the District of Colorado.

Dated this 26 day of September 2024.

Respectfully submitted,

HALL & EVANS, L.L.C.

*s/ Richard L. Murray, Jr.*
Richard L. Murray, Jr.
***Attorneys for Defendants Asset Living, LLC and Shanna Martinez***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 27, 2024, the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court and served on the parties via electronic service and/or US Mail:

Daniel K. Miller L/CPL USMC (Ret)
1950 Trenton St. #114
Denver, CO 80220
Aar4ag@gmail.com

Elizabeth D. Wilhour
1950 Trenton St. #114
Denver, CO 80220

Sean M. Wilhour
1950 Trenton St. #114
Denver, CO 80220

Jason Haubenreiser
1955 Ulster St., #452
Denver, CO 80220
jhauben@gmail.com

*s/ Nicole Marion*
HALL & EVANS, L.L.C.