UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
BYRON G. ROGERS UNITED STATES COURTHOUSE
1929 STOUT STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$000.97
09/30/2024 ZIP 80294
043M31245131
US POSTAGE

24-cv-2687

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 15 2024
JEFFREY P. COLWELL
CLERK

doc #2,3,4

Jason Haubenreiser
1955 Ulster Street
#452
Denver, CO 80

NIXIE 802 FE 1 0010/11/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294000399 *0370-03652-01-03

80294>0003