FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
24 OCT 21 PM 2:25

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19TH STREET
DENVER, COLORADO 80294

Plaintiffs:

**DANIEL K. MILLER, L/CPL USMC (RET), *PRO SE***
**ELIZABETH D. WILHOUR, *PRO SE***
**SEAN M. WILHOUR, *PRO SE***
**JASON HAUBENREISER, *PRO SE***
**ET AL.**

v.

Defendants:

**ASSET LIVING, LLC**
**ABACUS CAPITAL GROUP**
**SHANNA MARTINEZ**

▲COURT USE ONLY▲

**Case No.:** 24-cv-2687-TPO
**Division:**

Party w/o Attorney:

Daniel K. Miller, L/Cpl USMC (RET), *Pro Se*
1950 Trenton Street #114,
Denver, CO 80220
Phone Number: 682-404-2412 E-mail: aar4ag@gmail.com

Elizabeth D. Wilhour, *Pro Se*
1950 Trenton Street #114,
Denver, CO 80220

Sean M. Wilhour, *Pro Se*
1950 Trenton Street #114,
Denver, CO 80220

Jason Haubenreiser *Pro Se*
1955 Ulster St. #452
Denver, CO 80220
Phone Number: 720-272-8457
E-mail: Jhauben@gmail.com

# MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ABACUS CAPITAL GROUP LLC AND REQUEST FOR APPOINTMENT OF COURT-APPOINTED TRUSTEE

MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ABACUS CAPITAL GROUP LLC AND REQUEST FOR APPOINTMENT OF COURT-APPOINTED RECEIVER

COMES NOW the Plaintiffs, Daniel K. Miller, Elizabeth D. Wilhour, Sean M. Wilhour, Jason Haubenreiser, and others, pro se, and respectfully move this Court to enter default judgment against Defendant Abacus Capital Group LLC for its repeated failure to respond to legal notices and participate in this litigation. Additionally, Plaintiffs request that the Court appoint a receiver to assume control over the management of the property to protect the safety and well-being of the tenants. Plaintiffs state the following in support:

I. Introduction This motion arises from Defendant Abacus Capital Group LLC's gross negligence in maintaining its property, as well as its continued evasion of legal responsibilities. The Plaintiffs, residents of a property managed by Abacus, have endured ongoing violations of Colorado Habitability Law, the Denver Fire Code, and other tenant protections. These violations have caused severe harm to the Plaintiffs, placing them in dangerous and uninhabitable living conditions that pose an imminent and continuing danger to their life and safety.

Despite repeated attempts to serve Abacus at both the registered business and residential addresses on file, as listed with the Colorado Secretary of State, the Defendant has evaded service of process and refused to participate in this matter. Defendant's refusal to answer, despite being aware of the lawsuit, has been confirmed by Asset Living's attorney, Richard L. Murray, who has reached out to Abacus and confirmed that they are in contact but are choosing not to respond. Given the urgency of the situation and the Defendant's refusal to address these issues, Plaintiffs now move for default judgment and the appointment of a court-appointed receiver to take control of the property.

Pursuant to Federal Rules of Civil Procedure, Plaintiffs provide this Motion and have spoken to Richard Murray regarding the need for him to be informed of this Motion. Over the phone, Mr. Murray indicated that he is not the attorney for Abacus Financial Group LLC, has nothing to do with this Motion, and does not need to be informed.

II. Defendant's Evasion of Service The Plaintiffs have made multiple good-faith attempts to serve the Defendant, including at the addresses listed in the Colorado Secretary of State's records and with the registered agent for service of process, Michael G. Sarno. These efforts have been unsuccessful, as evidenced by affidavits of non-service from the Denver Sheriff's Office, demonstrating Abacus's evasion of its legal responsibilities. Asset Living's attorney, Richard L. Murray, has also confirmed that Abacus is aware of this lawsuit but has intentionally chosen not to respond or engage in this litigation.

III. Connections Between Asset Living, Abacus Capital Group, and AMFP Entities

1. Corporate Structure and Financial Capability: Defendant Abacus Capital Group LLC is not an isolated entity; it is a majority-owned subsidiary of AMG Symmetry Acquisition LLC, which in turn is a subsidiary of Affiliated Managers Group, Inc. (AMG), a publicly traded asset management firm that manages over $700 billion in assets. AMG Symmetry Acquisition LLC's financial control over Abacus underscores the seriousness of Abacus's ongoing evasion. It is clear that the Defendant has significant financial resources to address the habitability and safety issues affecting the Plaintiffs but has deliberately chosen not to act.

Furthermore, there is a complex web of relationships between Abacus Capital Group, Asset Living LLC, and AMFP entities, including AMFP V Central Park, LLC. These entities are interrelated through management and ownership structures, creating a sophisticated but opaque network that has enabled Abacus and its affiliates to avoid accountability for their mismanagement of residential properties. This network effectively shields the decision-makers from legal consequences while tenants suffer from dangerous and deteriorating living conditions.

2. Attempts at Contact by Asset Living Counsel: Richard L. Murray, the attorney representing Asset Living LLC, has reached out to representatives of AMFP V Central Park, LLC, who have indicated that they were unaware of the lawsuit. Despite this, Murray's attempts to contact Abacus directly have been met with silence, demonstrating Abacus's willful avoidance of its responsibilities. This behavior is part of a broader strategy by Abacus and its affiliates to evade accountability by shifting responsibilities between different entities within their corporate structure.

3. Pattern of Evasion and Wilful Avoidance: Abacus Capital Group LLC, with the financial backing of AMG and operational oversight from Asset Living, has demonstrated a pattern of willful avoidance and evasion across multiple cases. This pattern includes their refusal to engage with both this Court and in related federal litigation (Federal Case No.: 1:24-cv-02687), where similar allegations of evasion were made by Richard Hill, counsel for Asset Living LLC. This web of interconnected entities, each shifting liability to the other, creates a structure in which Abacus has successfully evaded accountability while continuing to operate properties that fail to meet basic habitability and safety standards.

IV. Violations of Habitability and Denver Fire Code

1. Habitability Violations (C.R.S. § 38-12-503): The Plaintiffs have suffered ongoing habitability violations, including malfunctioning elevators, non-operational security doors, inadequate heating, and unsanitary conditions. These issues remain unresolved despite multiple complaints, leaving residents exposed to hazardous conditions that significantly impair their safety and well-being. The unsafe conditions, including malfunctioning heating during the winter, have left residents at serious risk of hypothermia and other health issues, contributing to an environment that is increasingly uninhabitable.

Notably, these habitability violations have continued despite Colorado's enactment of the COVID-19 Eviction and Foreclosure Prevention Act (CARES Act), which included enhanced protections for tenants in response to widespread concerns regarding unsafe living conditions. See C.R.S. §§ 38-12-901 et seq.. These additional statutory protections were implemented precisely because companies like Abacus have continued to fail to provide habitable living conditions. The persistent and worsening violations by Abacus demonstrate a blatant disregard for both existing and newly established tenant protections.

2. Denver Fire Code Violations (§ 1104): Abacus Capital Group LLC has failed to ensure the property meets the safety requirements set forth in the Denver Fire Code, including failure to properly inspect and license the elevators. The continued failure of the elevators has left residents trapped on multiple occasions, posing a significant risk to their safety. As of the writing of this document, a resident had to be extricated from Elevator 3 in the Trenton building, further underscoring the imminent danger posed by these unaddressed violations. These violations represent not just negligence but an egregious disregard for tenant safety that could result in life-threatening consequences.

3. Security Concerns and Emotional Distress: None of the security doors are operational as of the writing of this document, and the dongles for access have been offline for over 40 days. Door locks are not functioning at all, meaning that residents are often either trapped inside, unable to access their homes, or forced to leave doors wide open, posing a severe safety risk. This is especially concerning given the increase in crime and the presence of vulnerable populations, including homeless individuals occupying stairwells, laundry rooms, and even breaking into units to live there or engage in illegal activities. There have been incidents of criminals breaking into units, chopping up cars in the garage, and engaging in other major criminal activity. Security guards, who are armed, have been hired and are patrolling in pairs of two or three due to the rampant crime, yet they are still wary and afraid to go out at night unless they are in groups with their sidearms. These security guards have also received death threats and are prepared to testify to these facts.

The continued lack of security and the pervasive crime are causing severe emotional distress and significant fear among residents, including families with children. This situation is putting hundreds of families at risk, straining the Denver Police Department, Denver Fire, and health inspectors, all of whom have been called repeatedly to address escalating emergencies. This ongoing negligence by Abacus, in pursuit of profit at the expense of some of the city's most vulnerable residents, is an egregious violation of their rights. The greed of a national property firm squeezing money from underserved residents while subjecting them to dangerous and degrading conditions demands immediate court intervention to appoint a receiver for the public safety of the tenants and the surrounding community, especially as winter approaches.

4. Slum Loading Violations (Denver Municipal Code, Anti-Slumlord Laws): Abacus Capital Group LLC is also in violation of the anti-slumlord provisions of the Denver Municipal Code, specifically regarding "slum loading." Slum loading is defined as a practice by

landlords who allow properties to fall into disrepair, thereby reducing maintenance costs while still extracting high rental prices from tenants. This tactic creates dangerously unsafe living conditions and exploits some of the most vulnerable residents in Denver, including low-income families and individuals who have limited options for housing. The City of Denver has enacted anti-slumlord laws to prevent this kind of exploitation and to ensure that landlords are held accountable for maintaining habitable living conditions. See Denver Municipal Code § 27-1 et seq..

The conduct of Abacus in failing to address habitability issues, despite multiple tenant complaints and inspections, demonstrates a flagrant violation of the Denver Municipal anti-slumlord laws. These violations not only degrade the quality of life for the tenants but also pose significant health and safety risks, further exacerbating the living conditions. The ongoing disregard for basic maintenance and safety requirements by Abacus is precisely the kind of conduct that the Denver Municipal Code sought to eradicate with the anti-slumlord laws, making the appointment of a receiver even more imperative to ensure compliance and protect residents from further harm.

V. Appointment of Court-Appointed Receiver Plaintiffs urgently request that the Court appoint a receiver to assume control of the property. Given the Defendant's pattern of evasion and failure to address health and safety concerns, a court-appointed receiver is necessary to oversee the following:

- Immediate inspection and licensing of elevators in compliance with the Denver Fire Code.
- Restoration of functional security systems to ensure tenant safety.
- Immediate attention to and resolution of all habitability violations, including adequate heating, sanitation, and security measures.
- Implementation of emergency safety protocols to protect the tenants from ongoing and imminent threats to their health and safety.

VI. Punitive Damages Plaintiffs seek punitive damages due to Defendant's reckless and willful disregard for tenant safety, which has caused significant harm and placed numerous residents at risk. Under Colorado law, punitive damages are warranted when the conduct of the defendant shows a wanton and willful disregard for the rights and safety of others. See Palmer v. A.H. Robins Co., 684 P.2d 187, 215 (Colo. 1984). The conduct of Abacus Capital Group LLC, as described in detail above, is both egregious and demonstrative of their complete disregard for the welfare of their tenants. Plaintiffs therefore request punitive damages in the amount of $5 million to $10 million, as permitted under C.R.S. § 13-21-102(1)(a).

Given that Abacus Capital Group LLC is part of a corporate structure managing billions in assets, punitive damages must be significant enough to deter future misconduct effectively. In BMW of North America, Inc. v. Gore, 517 U.S. 559, 575 (1996), the U.S. Supreme Court held that punitive damages must be sufficient to serve as an effective deterrent relative to the defendant's

financial condition. Therefore, the requested amount is justified to ensure that Abacus is held accountable in a manner that will prompt systemic changes in their management practices.

VII. Exemplary Damages Plaintiffs also request exemplary damages, which are intended to emphasize the gravity of the Defendant's actions and deter future misconduct. Under Colorado law, exemplary damages may be awarded when a defendant's actions are found to be fraudulent, malicious, or grossly negligent. See Arkansas Valley Co. v. Thompson, 9 Colo. 187, 11 P. 799 (1885). Given the willful avoidance of responsibilities, the reckless endangerment of tenant safety, and the numerous attempts by the Plaintiffs to have these issues addressed, exemplary damages are appropriate. Plaintiffs request exemplary damages in the amount of $2 million to $3 million to underscore the gravity of Abacus's misconduct and to prevent such behavior in the future.

VIII. Monetary Damages The Plaintiffs seek compensatory damages for the severe harm caused by Defendant's gross negligence. Plaintiffs request damages as follows:

1. **Compensatory Damages**: $1 million to $2 million to address the emotional distress, physical danger, and financial hardship suffered by the tenants.
2. **Punitive Damages**: $5 million to $10 million due to Defendant's reckless and willful disregard for tenant safety. See Palmer v. A.H. Robins Co., 684 P.2d 187 (Colo. 1984).
3. **Exemplary Damages**: $2 million to $3 million to emphasize the gravity of the situation and deter future violations. See Arkansas Valley Co. v. Thompson, 9 Colo. 187 (1885).

IX. Conclusion Defendant Abacus Capital Group LLC has shown a blatant disregard for the safety and rights of its tenants. The ongoing violations represent an egregious and metastasizing problem, part of a slumlord ring in Denver that impacts multiple residences. Given the Defendant's continued refusal to engage in the legal process and the imminent and ongoing dangers faced by the tenants, Plaintiffs respectfully request that the Court enter default judgment in their favor, appoint a receiver to oversee the property, and award compensatory, punitive, and exemplary damages totaling $8 million to $15 million to address the significant harm caused by the Defendant.

Respectfully submitted,

/s/ Daniel K. Miller L/Cpl USMC (RET) Pro Se 1950 Trenton Street #114, Denver, CO 80220 Phone: 682-404-2412 Email: aar4ag@gmail.com

/s/ Elizabeth D. Wilhour Pro Se
1950 Trenton Street #114, Denver CO 80220

/s/ Sean M. Wilhour Pro Se
1950 Trenton Street #114, Denver CO 80220

/s/ Jason Haubenreiser Pro Se
1955 Ulster St. #452, Denver CO 80220

**CERTIFICATE OF SERVICE** I hereby certify that on October 2024, I filed the foregoing Motion for Default Judgment with the Clerk of the Court, which will send notification of such filing to all attorneys of record.

To: Richard L. Murray Jr.
HALL & EVANS LLC
1001 17th Street Suite 300
Denver CO 80202
Email: murrayr@hallevans.com
Issued by: Daniel Miller - October 8th, 2024
Plaintiff Pro Se
1950 Trenton St. #114
Denver, Colorado 80220
682-404-2412
aar4ag@gmail.com

**Exhibit List**

- **Exhibit 1**: Denver Sheriff Affidavit and Non-Service - Sheriff Jacket Number 24006975 - Service for Listed Agent Business Address
- **Exhibit 2**: Denver Sheriff Affidavit and Non-Service - Service for Listed Agent Registered Residential Address
- **Exhibit 3**: Changing of Registered Agent from the Colorado Secretary of State - Certified along with Certificate in Good Standing
- **Exhibit 4**: Periodical Report from the Colorado Secretary of State - Certified

h, 2024 Plaintiff, Pro Se 1950 Trenton St. #114 Denver, Colorado 8022

# EXHIBIT 1

## DENVER SHERIFF AFFIDAVIT OF NON-SERVICE

SHERIFF JACKET NUMBER: 24006975

SERVICE FOR THE LISTED AGENT BUISNESS ADDRESS

SAFETY

CITY AND COUNTY OF DENVER
DEPARTMENT OF SAFETY
FIRE • POLICE • SHERIFF
9-1-1 • COMMUNITY CORRECTIONS
CRIME PREVENTION & CONTROL •
SAFE CITY

**Denver Sheriff Department**
**Civil Division**
201 W. Colfax Avenue
Denver, CO 80202
Phone: 720-865-9556
Fax: 720-865-9590

# SHERIFF'S AFFIDAVIT OF NON-SERVICE

**STATE OF COLORADO**
**CITY AND COUNTY OF DENVER**

Case Number: 24CV671
Sheriff Jacket Number: 24006975

Plaintiff: DANIEL MILLER & JASON HAUBENREISER

Defendant: ABACUS CAPITAL GROUP

I do hereby certify that, after diligent efforts, I have been unable to find the within named **ABACUS CAPITAL GROUP** in my county, and I therefore return the within **DISTRICT COURT CIVIL SUMMONS, COMPLAINT OF SEVERE VIOLATIONS OF COLORADO'S WARRANTY OF HABITABILITY PURSUANT TO CRS 38-12-501 ET AL, LEASE AGREEMENTS, PROHIBITIONS AGAINST RETALIATION, AND THE COLORADO CARES ACT**, not served as to the said ABACUS CAPITAL GROUP, on 9/16/2024 at 10:21 AM.

By: ______________________
JOSHUA HENDRICK

Comments:
9/11/2024 @ 1:50 PM
BUSINESS LOOK CLOSED

9/13/2024 @ 11:10 AM
NO SECURITY AROUND TO GIVE ACCESS TO ELEVATOR

9/16/2024 @ 10:21 AM
BUSINESS LOOKS CLOSED, LIGHTS NOT ON AND DOOR LOCKED

# EXHIBIT 2

## DENVER SHERIFF AFFIDAVIT OF NON-SERVICE

SHERIFF JACKET NUMBER:

SERVICE FOR THE LISTED AGENT RESIDENTAIL ADDRESS

DEPARTMENT OF SAFETY

CITY AND COUNTY OF DENVER
DEPARTMENT OF SAFETY
FIRE • POLICE • SHERIFF
9-1-1 • COMMUNITY CORRECTIONS
CRIME PREVENTION & CONTROL •
SAFE CITY

Denver Sheriff Department
Civil Division
201 W. Colfax Avenue
Denver, CO 80202
Phone: 720-865-9556
Fax: 720-865-9590

# SHERIFF'S AFFIDAVIT OF NON-SERVICE

**STATE OF COLORADO**
**CITY AND COUNTY OF DENVER**

Case Number: 24CV671
Sheriff Jacket Number: 24006975

Plaintiff: DANIEL MILLER & JASON HAUBENREISER

Defendant: ABACUS CAPITAL GROUP

I do hereby certify that, after diligent efforts, I have been unable to find the within named **ABACUS CAPITAL GROUP** in my county, and I therefore return the within **DISTRICT COURT CIVIL SUMMONS, COMPLAINT OF SEVERE VIOLATIONS OF COLORADO'S WARRANTY OF HABITABILITY PURSUANT TO CRS 38-12-501 ET AL, LEASE AGREEMENTS, PROHIBITIONS AGAINST RETALIATION, AND THE COLORADO CARES ACT**, not served as to the said ABACUS CAPITAL GROUP, on 10/8/2024 at 8:15 AM.

By: ______________________
JOSHUA HENDRICK

Comments:
10/2/2024 @ 9:50 AM
ADDRESS IS A HOUSE, NO ANSWER AND LEFT CARD

10/7/2024 @ 8:20 AM
KNOCKED ON DOOR, NO ANSWER

10/8/2024 @ 8:15 AM
KNOCKED ON DOOR, NO ANSWER

# EXHIBIT 3

CHANGING OF REGISTERED AGENT FROM THE COLORADO SECRETARY OF STATE CERTIFIED

# OFFICE OF THE SECRETARY OF STATE
# OF THE STATE OF COLORADO

# CERTIFICATE OF DOCUMENT FILED

I, Jena Griswold , as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the

Statement of Change

with Document # 20231761411 of

Abacus Capital Group LLC

Delaware Foreign Limited Liability Company

(Entity ID # 20151310327 )

consisting of 2 pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/17/2024 that have been posted, and by documents delivered to this office electronically through 10/19/2024@ 22:49:05.

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/19/2024 @ 22:49:05 in accordance with applicable law. This certificate is assigned Confirmation Number 16487357 .

STATE OF COLORADO NIL SINE NUMINE 1876

Jena Griswold

Secretary of State of the State of Colorado

*********************************************End of Certificate*******************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

E-Filed

Colorado Secretary of State
Date and Time: 07/24/2023 08:40 AM
ID Number: 20151310327

Document number: 20231761411
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies of filed documents, visit www.coloradosos.gov.

ABOVE SPACE FOR OFFICE USE ONLY

# Statement of Change
## Changing the Registered Agent Information

filed pursuant to § 7-90-305.5 and § 7-90-702 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number and the entity name, or, if the entity does not have an entity name, the true name are

Entity ID number 20151310327
*(Colorado Secretary of State ID number)*

Entity name or True name Abacus Capital Group LLC.

2. *(If applicable, adopt the following statement by marking the box and enter all changes.)*

☐ The registered agent name has changed.

Such name, as changed, is

Name
(if an individual) ______ ______ ______ ______.
*(Last) (First) (Middle) (Suffix)*

or

(if an entity) ______.
*(Caution: Do not provide both an individual and an entity name.)*

*(The following statement is adopted by marking the box.)*
☒ The person appointed as registered agent has consented to being so appointed.

3. *(If applicable, adopt the following statement by marking the box and enter all changes.)*

☒ The registered agent address of the registered agent has changed.

Such address, as changed, is

Street address 999 18th St.
*(Street number and name)*
Suite 925N
Denver CO 80202.
*(City) (State) (ZIP Code)*

Mailing address
(leave blank if same as street address) ______
*(Street number and name or Post Office Box information)*
______
______ CO ______.
*(City) (State) (ZIP Code)*

4. *(If applicable, adopt the following statement by marking the box.)*

☒ The person appointed as registered agent has delivered notice of the change to the entity.

5. *(If applicable, adopt the following statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

6. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document are ______________________.
*(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

7. The true name and mailing address of the individual causing this document to be delivered for filing are

| | | | |
|---|---|---|---|
| Friedman | Benjamin | L | |
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

52 Algonquin DR
*(Street number and name or Post Office Box information)*

| | | |
|---|---|---|
| Chappaqua | NY | 10514 |
| *(City)* | *(State)* | *(ZIP/Postal Code)* |
| | United States | |
| *(Province – if applicable)* | *(Country)* | |

*(If applicable, adopt the following statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

# OFFICE OF THE SECRETARY OF STATE OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

Abacus Capital Group LLC

is an entity formed or registered under the law of Delaware . has complied with all applicable requirements of this office, and is in good standing with this office. This entity has been assigned entity identification number 20151310327 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 09/23/2024 that have been posted, and by documents delivered to this office electronically through 09/25/2024 @ 01:32:52 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 09/25/2024 @ 01:32:52 in accordance with applicable law. This certificate is assigned Confirmation Number 16416823 .

STATE OF COLORADO NIL SINE NUMINE 1876

Jena Griswold

Secretary of State of the State of Colorado

*********************************************End of Certificate*********************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

# EXHIBIT 4

PERIOTICAL REPORT FROM THE COLORADO SECRETARY OF STATE CERTIFIED

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF DOCUMENT FILED

I, Jena Griswold , as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the

Report

with Document # 20241442158 of

Abacus Capital Group LLC

Delaware Foreign Limited Liability Company

(Entity ID # 20151310327 )

consisting of 2 pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/17/2024 that have been posted, and by documents delivered to this office electronically through 10/19/2024@ 22:43:14.

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/19/2024 @ 22:43:14 in accordance with applicable law. This certificate is assigned Confirmation Number 16487356 .

Jena Griswold

Secretary of State of the State of Colorado

*********************************************End of Certificate*******************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

Colorado
Secretary of State

Colorado Secretary of State
ID#: 20151310327
Document #: 20241442158
Filed on: 04/23/2024 08:33:56 AM
Paid: $10.00

# Periodic Report

filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

**The entity name is** Abacus Capital Group LLC

**The entity ID Number is** 20151310327

**Jurisdiction under the law of which the entity was formed or registered is**

Delaware

**The principal office street address is**

52 Algonquin Dr
Chappaqua NY 10514
US

**The principal office mailing address is**

52 Algonquin Dr
Chappaqua NY 10514
US

**The name of the registered agent is** Michael G Sarno

**The registered agent's street address is**

999 18th St.
Suite 925N
Denver CO 80202
US

**The registered agent's mailing address is**

999 18th St.
Suite 925N
Denver CO 80202
US

The person above has agreed to be appointed as the registered agent for this entity.

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., and, if applicable, the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

**Name(s) and address(es) of the individual(s) causing the document to be delivered for filing**

Benjamin Friedman
52 Algonquin Dr
Chappaqua NY 10514
US