IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 24-cv-02687-NYW-TPO Date: April 1, 2025
Courtroom Deputy: Jesse Torres FTR: Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| DANIEL K. MILLER, | Pro Se |
| ELIZABETH D WILHOUR, | Pro Se |
| SEAN M WILHOUR, and | Pro Se |
| JASON HAUBENREISER, | Pro Se (by video teleconference) |
| Plaintiffs, | |
| v. | |
| ASSET LIVING, LLC, | Peter Spiessbach |
| ABACUS CAPITAL GROUP, and | Robert Marsh |
| SHANNA MARTINEZ, | Rita Booker |
| | Matthew Weeber |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session: 11:16 a.m.**

Court calls case. Appearances of counsel and pro se Plaintiffs.

This matter is before the Court regarding the status of the case.

The Court first addresses Plaintiffs Daniel Miller, Elizabeth Wilhour, and Sean Wilhour's Motion to Sever [ECF 60]. The Court hears from Plaintiffs Daniel Miller, Elizabeth Wilhour, and Sean Wilhour first regarding the basis for severance. Plaintiff Jason Haubenreiser advises the Court that although he initially opposed portions of this Motion (specifically the factual allegations alleged), he does not oppose the actual remedy sought by the Motion (severance of his case from that of the other Plaintiffs). Defendants also do not oppose Plaintiffs' Motion. Plaintiffs Daniel Miller, Elizabeth Wilhour, and Sean Wilhour advise the Court of settlement efforts with Defendant Abacus Finance Group and their intent to dismiss this Defendant as a party to this action, as set forth in their Notice of Voluntary Dismissal [ECF 74]. The Court advises Plaintiffs that dismissal of a party should be instead addressed in the form of an amended

Complaint, as set forth below. The Court reviews the law surrounding severance pursuant to Fed. R. Civ. P. 21 and *Safe Streets Alliance v. Alternative Holistic Healing, LLC*, No. 15-cv-00349-REB-CBS, 2015 WL 4245823 (D. Colo. July 14, 2015). The Court advises the parties of the need to potentially refile documents based on the Court's ruling on the severance issue.

Plaintiffs Daniel Miller, Elizabeth Wilhour, and Sean Wilhour make an oral Motion to withdraw ECF Nos. 67 and 93. No party raises any objection to Plaintiffs' oral Motion.

The Court will reserve ruling on Defendant Abacus Capital Group's Motion to Dismiss [ECF 71]. Should the Plaintiffs' amendments make the motion moot, the Court will determine as such.

Discussion is held about Plaintiff Jason Haubenreiser's proposed Amended Complaint [ECF 77]. The Court discusses Plaintiff Haubenreiser narrowing the allegations rather than widening them.

Discussion is held regarding settlement efforts between all Parties. The Court advises the Parties of its settlement conference procedures and encourages further conferral on this matter.

Discussion is held regarding Plaintiff Daniel Miller, Elizabeth Wilhour, and Sean Wilhour's Notice of Voluntary Dismissal [ECF 74]. The Court recommended that the Plaintiffs proceed by way of amendment under FRCP 15(a) rather than by voluntary dismissal.

Discussion is held regarding digital signatures on Plaintiffs' pleadings in this case. Noting that the Parties will have no further concern regarding filing unauthorized pleadings on others' behalf, the Court will allow digital signatures on Plaintiffs' future pleadings.

For the reasons stated on the record, it is:

**ORDERED:** For good cause shown and noting that it is unopposed, Plaintiffs Daniel Miller, Elizabeth Wilhour, and Sean Wilhour's Motion to Sever [ECF 60] is **GRANTED.** Pursuant to Fed. R. Civ. P. 21, Plaintiff Jason Haubenreiser's claims against Defendants shall be severed into a separate civil action proceeding under a separate case number. Pursuant to D.C.COLO.LCivR 40.1(d)(1), the Clerk of Court is directed to assign the new civil action to District Judge Nina Y. Wang and draw it to Magistrate Judge Timothy P. O'Hara for referral. Accordingly, Plaintiff Jason Haubenreiser is hereby **DISMISSED** as a party to this case. On or before **April 8, 2025,** Plaintiffs Daniel Miller, Elizabeth Wilhour, and Sean Wilhour shall file into this case a motion for leave to file an amended Complaint. On or before **April 22, 2025,** Mr. Haubenreiser shall file into his new civil action an amended complaint,as discussed on the record.

Plaintiff Jason Haubenreiser's Motion Requesting Court Authorization for Service by the United States Marshals Service [ECF 79] is **DENIED AS MOOT.** Mr. Haubenreiser shall re-file this Motion into his new civil action, if appropriate.

Noting that it is unopposed, Plaintiffs Daniel Miller, Elizabeth Wilhour, and Sean Wilhour's oral Motion to withdraw ECF Nos. 67 and 93 is **GRANTED.** Accordingly, ECF 67 and ECF 93 are hereby **WITHDRAWN.**

HEARING CONCLUDED.

**Court in recess: 12:08 p.m.**
Total time in court: 00:52

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534