**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02687-NYW-TPO

DANIEL K. MILLER, ELIZABETH D. WILHOUR, and SEAN M. WILHOUR,
Plaintiffs,

v.

ASSET LIVING, LLC, SHANNA MARTINEZ, and AMFP V CENTRAL PARK LLC,
Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ASSET LIVING, LLC AND SHANNA MARTINEZ ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Daniel K. Miller, Elizabeth D. Wilhour, and Sean M. Wilhour and Defendants Asset Living, LLC and Shanna Martinez, through the undersigned, respectfully stipulate to the dismissal **WITH PREJUDICE** of Plaintiffs' remaining claims against Defendants Asset Living, LLC and Shanna Martinez, the parties having resolved those claims by settlement.

This dismissal is expressly limited to Defendants Asset Living, LLC and Shanna Martinez.

Nothing in this Stipulation dismisses, releases, adjudicates, compromises, or otherwise affects Plaintiffs' claims against Defendant AMFP V Central Park LLC. Plaintiffs' action against AMFP V Central Park LLC remains pending.

The settlement and this dismissal likewise do not concern, resolve, release, adjudicate, compromise, or otherwise affect any separate claims or proceedings involving Global Parking Services or any other nonparty.

The parties further stipulate that each side shall bear its own attorneys' fees and costs with respect to the claims resolved by the settlement, except as otherwise provided in the parties' executed settlement agreement.

Accordingly, the parties respectfully request that Defendants Asset Living, LLC and Shanna Martinez be terminated as Defendants in this action, with prejudice, while the action continues against Defendant AMFP V Central Park LLC.

Respectfully submitted this 24th day of September, 2026.

/s/ DANIEL K. MILLER
Daniel K. Miller
Pro Se Plaintiff

/s/ ELIZABETH D. WILHOUR
Elizabeth D. Wilhour
Pro Se Plaintiff

/s/ SEAN M. WILHOUR
Sean M. Wilhour
Pro Se Plaintiff

**AGREED AND STIPULATED:**

Counsel for Defendants Asset Living, LLC and Shanna Martinez:

______________________________
Rita L. Booker, Esq.
Bayer & Carey, P.C.
1660 N. Downing Street
Denver, Colorado 80218
Counsel for Asset Living, LLC and Shanna Martinez